UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO MATTHEWS,

    Plaintiff,

v.

BENNY NAPOLEON, et al.,

    Defendant.
                                      /

Case No. 10-12803

HONORABLE STEPHEN J. MURPHY, III
Magistrate Judge R. Steven Whalen

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** (docket no. 27), **AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSAL** (docket no. 20)

    This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of August 16, 2011. The Report recommends the Court grant Defendants' Motion for Summary Judgment and Dismissal.

    De novo review of a Magistrate Judge's findings is only required where a party has properly objected to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(3). A copy of the Report and Recommendation was served upon Plaintiff Lorenzo Matthews on August 16, 2011. Pursuant to Civil Rule 72(b)(2), Mr. Matthews had fourteen days from that date in which to file any specific written objections to the recommended disposition. He has failed to do so. De novo review of the Magistrate's finding is, therefore, not required.

    The Court has reviewed the file and the Report and Recommendation, and finds that the Magistrate Judge's analysis is proper. Accordingly, it will adopt the Report's findings and conclusions, and enter an appropriate judgment.

    **WHEREFORE** it is hereby **ORDERED** that Magistrate Judge R. Steven Whalen's Report and Recommendation of August 16, 2011, (docket no. 27) is **ADOPTED**.

It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment and Dismissal (docket no. 20) is **GRANTED**.

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: September 2, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2011, by electronic and/or ordinary mail.

        Carol Cohron
        Case Manager